IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON ALAN EDMONDSON                                                    PLAINTIFF

v.                         NO. 3:16-cv-00191 PSH

NANCY A. BERRYHILL, Acting Commissioner                                 DEFENDANT
of the Social Security Administration

## ORDER

On July 28, 2016, plaintiff Jason Alan Edmondson ("Edmondson") began this case by filing a pro se complaint pursuant to 42 U.S.C. 405(g). In the complaint, he challenged the final decision of the Acting Commissioner of the Social Security Administration ("Commissioner"). On January 11, 2017, the Commissioner joined the issues by filing an answer and a transcript of the administrative proceeding. The next day, the Court issued a scheduling order. See Docket Entry 16. In the order, Edmondson was directed to file a brief on or before February 23, 2017. He was warned that his failure to file a timely brief might result in the dismissal of this case for failure to prosecute.

February 23, 2017, has now come and gone, and Edmondson has not filed a brief. He is now given up to, and including, June 26, 2017, to file a brief in which he explains why the Commissioner's final decision is not supported by substantial evidence on the

record as a whole. **In the event he fails to file a brief by June 26, 2017, a brief in which he explains why the Commissioner's final decision is not supported by substantial evidence on the record as a whole, his complaint will be dismissed.**

IT IS SO ORDERED this 5th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE