IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON ALAN EDMONDSON                                                          PLAINTIFF

v.                               NO. 3:16-cv-00191 PSH

NANCY A. BERRYHILL, Acting Commissioner                                       DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Nancy A. Berryhill, the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 5th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE